## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 3:04-CR-75 |
| | ) (Phillips) |
| CHANCE WADE | ) |

### ORDER

This matter came before the court on defendant's motion for a recommendation that he be transferred from the Federal Prison Camp in Pensacola, Florida, to the United States Penitentiary in McCreary, Kentucky [Doc. 220]. As grounds for his motion, defendant states that his parents, as well as his fiancee, live in Knoxville. In addition, defendant's father suffers from multiple health conditions that make it extremely difficult for him to travel to Pensacola to see defendant, so defendant requests that he be transferred to a facility closer to Knoxville.

Accordingly, for the good shown, defendant's motion [Doc. 220] is **GRANTED,** and the court **RECOMMENDS** to the Bureau of Prisons that defendant be transferred to the BOP facility in McCreary, Kentucky.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge